1032

THE STATE OF WASHINGTON, *Respondent*, v. JOHNSON OMOTERE AYODEJI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01296-5, Eric Z. Lucas, J., entered August 21, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Dwyer, JJ.

OWEN M. HENDERSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-2-02842-1, Charles R. Snyder, J., entered May 11, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Cox, J.

MICHAEL A. LEON, *Appellant*, v. THE BOEING COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-34320-5, Judith H. Ramseyer, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Dwyer, J.

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD T. WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02902-5, Brian D. Gain, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Trickey, JJ.